1 Robert L. Green (State Bar No. 122063)
John G. Roussas (State Bar No. 227325)
2 GREEN & HALL, A PROFESSIONAL CORPORATION
2999 Douglas Boulevard, Suite 220
3 Roseville, California 95661-4216
Telephone:  (916) 367-7098
4 Facsimile:  (916) 367-7491
E-Mail:  rgreen@greenhall.com
5          jroussas@greenhall.com

6 Attorneys for Plaintiffs
Xium Corporation, and Xedia Technologies, Inc.

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 XIUM CORPORATION, XEDIA TECHNOLOGIES, INC., ) | Case No. 1:12-cv-01281-AWI-GSA |
| 12                    ) | **STIPULATION TO CONTINUE** |
|                 Plaintiffs,    ) | **MANDATORY SCHEDULING** |
| 13                    ) | **CONFERENCE AND ORDER** |
|          v.         ) | |
| 14                    ) | |
| FREDDY SWEPSTON, LESLIE CRISP, DOES ) | |
| 15 1 - 10, inclusive,       ) | |
|                    ) | |
| 16          Defendants.      ) | |
|                    ) | |

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND [PROPOSED] ORDER

K:\GSA\To_Be_Signed\12cv1281.Xium Corp.Stip to Continue Scheduling Conference.am..doc

1    IT IS HEREBY STIPULATED between, Plaintiffs Xium Corporation, and Xedia

2  Technologies, Inc., and Defendant Leslie Crisp, that the Mandatory Scheduling Conference

3  currently scheduled for November 8, 2012, be rescheduled to a date that comports with the Court's

4  calendar and that is at least 45 days out.  No prior requests for a continuance of the Mandatory

5  Scheduling Conference have been requested.  A request for the continuance of the Mandatory

6  Scheduling Conference is made because Plaintiffs Xium Corporation, and Xedia Technologies,

7  Inc. have not been able to serve Freddy Swepston.  (Please see Exhibit A attached listing service

8  attempts.)  The parties have been unable to confer pursuant to FRCP 26(f) with Freddy Swepston.

9  APPROVED AS TO FORM:

10

11  Dated:  October _____, 2012          GREEN & HALL, A PROFESSIONAL
                                            CORPORATION
12

13

14                                          By: _____
                                               John G. Roussas
15                                          Attorneys for Plaintiffs
                                            Xium Corporation, and Xedia Technologies,
                                            Inc.
16

17  Dated:  October _____, 2012          Defendant In Pro Se

18

19                                          By: _____
                                               Leslie Crisp
20

21                                **ORDER**

22      The Mandatory Scheduling Conference is continued from November 8, 2012, to

23  January 7, 2013, at 9:00 a.m.  The parties shall file a joint scheduling report one week prior to

24  the conference.

25

26

27

28

2

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER

K:\GSA\To_Be_Signed\12cv1281.Xium Corp.Stip to Continue Scheduling Conference.am..doc

1  IT IS SO ORDERED.

2      Dated:   **October 29, 2012**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER