Robert L. Green (State Bar No. 122063)
John G. Roussas (State Bar No. 227325)
GREEN & HALL, A PROFESSIONAL CORPORATION
2999 Douglas Boulevard, Suite 220
Roseville, California 95661-4216
Telephone:  (916) 367-7098
Facsimile:  (916) 367-7491
E-Mail:  rgreen@greenhall.com
            jroussas@greenhall.com

Attorneys for Plaintiffs
Xium Corporation, and Xedia Technologies, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIUM CORPORATION, XEDIA TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FREDDY SWEPSTON, LESLIE CRISP, DOES 1 - 10, inclusive, <br><br> Defendants. | Case No. 1:12-cv-01281-AWI-GSA <br><br> **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER** |

///

///

///

///

///

///

///

///

///

///

///

1    IT IS HEREBY STIPULATED between, Plaintiffs Xium Corporation, and Xedia
2 Technologies, Inc., and Defendant Leslie Crisp, that the Mandatory Scheduling Conference
3 currently scheduled for November 8, 2012, be rescheduled to a date that comports with the Court's
4 calendar and that is at least 45 days out.  No prior requests for a continuance of the Mandatory
5 Scheduling Conference have been requested.  A request for the continuance of the Mandatory
6 Scheduling Conference is made because Plaintiffs Xium Corporation, and Xedia Technologies,
7 Inc. have not been able to serve Freddy Swepston.  (Please see Exhibit A attached listing service
8 attempts.)  The parties have been unable to confer pursuant to FRCP 26(f) with Freddy Swepston.
9 APPROVED AS TO FORM:

11 Dated:  October _____, 2012        GREEN & HALL, A PROFESSIONAL
                                         CORPORATION

13                                       By: _____
14                                            John G. Roussas
                                             Attorneys for Plaintiffs
15                                           Xium Corporation, and Xedia Technologies,
                                             Inc.

17 Dated:  October _____, 2012        Defendant In Pro Se

19                                       By: _____
                                              Leslie Crisp

21                                    **ORDER**

22    The Mandatory Scheduling Conference is continued from November 8, 2012, to
23 January 7, 2013, at 9:00 a.m.  The parties shall file a joint scheduling report one week prior to
24 the conference.

1  IT IS SO ORDERED.

2  Dated:   **October 29, 2012**                    **/s/ Gary S. Austin**
3                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER

K:\GSA\To_Be_Signed\12cv1281.Xium Corp.Stip to Continue Scheduling Conference.am..doc