IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XIUM CORPORATION, et al., | ) | 1:12-CV–1281  AWI JLT |
| | ) | |
| Plaintiffs, | ) | ORDER CLOSING CASE IN LIGHT OF RULE 41(a) VOLUNTARY DISMISSAL WITH PREJUDICE |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDY SWEPSTON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 28, 2012, a stipulation for dismissal of this case with prejudice was filed pursuant to Federal Rule of Civil Procedure 41(a)(1).

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Because the parties have filed a stipulation for dismissal of this case with prejudice under Rule 41(a)(1), this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Therefore, IT IS HEREBY ORDERED that the Clerk is to CLOSE this case in light of the Rule 41(a)(1) Stipulation Of Dismissal with prejudice.

IT IS SO ORDERED.

Dated:     December 10, 2012

UNITED STATES DISTRICT JUDGE